UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**05 - 11139 NG**

|  |  |  |
|---|---|---|
| MICHELLE JENKINS AND | ) | |
| MATTIE GADSON, | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No. |
|  | ) | |
| VETERANS' LIFE INSURANCE | ) | |
| COMPANY, INC. | ) | |
| Defendant. | ) | |
|  | ) | |

### LIST OF MOTIONS PRESENTLY PENDING IN THE MASSACHUSETTS SUFFOLK SUPERIOR COURT

The defendant, Veteran's Life Insurance Company, Inc., submits that the following motion is presently pending before the state court:

1.   PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.

**VETERANS' LIFE INSURANCE COMPANY, INC.,**
By Its Attorneys,

Robert P. La Hait, Esq. (BBO# 551000)
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330 (telephone)
(617) 695-2335 (fax)