UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE JENKINS AND<br>MATTIE GADSON,<br>    Plaintiffs,<br><br>v.<br><br>VETERANS' LIFE INSURANCE<br>COMPANY, INC.<br>    Defendant. | Civil Action No. 05-11139 NG |

**STIPULATION EXTENDING TIME FOR THE DEFENDANT TO
FILE A RESPONSIVE PLEADING**

The parties to this action hereby stipulate and agree that defendant, Veterans' Life Insurance Company, Inc. shall have up to and including July 1, 2005 in which to file an answer or otherwise defend against the Complaint filed by plaintiffs, Michelle Jenkins and Mattie Gadson.

| | |
|---|---|
| **VETERANS' LIFE INSURANCE<br>COMPANY, INC.,**<br>By Its Attorneys, | **MICHELLE JENKINS AND<br>MATTIE GADSON,**<br>By Their Attorneys, |
| _/s/ Robert P. La Hait_<br>Robert P. La Hait, Esq. (BBO# 551000)<br>**FITZHUGH, PARKER & ALVARO LLP**<br>155 Federal Street, Suite 1700<br>Boston, MA 02110-1727<br>(617) 695-2330 (telephone)<br>(617) 695-2335 (fax) | _/s/ Burton A. Nadler_<br>Burton A. Nadler, Esq.<br>**Petrucelly & Nadler, PC**<br>One State Street, Suite 900<br>Boston, MA 02109<br>617-720-1717 (telephone)<br>617-720-1765 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2st day of June, 2005, I have served the above *Stipulation* upon all counsel of record listed below by regular mail, postage prepaid.

Burton A. Nadler, Esq.
Petrucelly & Nadler, PC
One State Street, Suite 900
Boston, MA 02109

                                                    _____
                                                    Robert P. La Hait, Esq.