## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred _____

Michael Jenkins _____

V.                                    CA/CR No. 05cv11139-NG_____

Veterans Life Insurance _____          Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

(A)             Referred for full pretrial case management, including all dispositive motions.

(B)    XX     Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)             Referred for discovery purposes only.

(D)             Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)             Case referred for events only.  See Doc. No(s). _____

(F)             Case referred for settlement.

(G)             Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)             **Special Instructions: For 16.b scheduling conference and all pretrial.**

_____

  6/21/05_____                      By:     /s/Maryellen Molloy_____
Date                                               Deputy Clerk

_____

[1]