UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE JENKINS and<br>MATTIE GADSON,<br>      Plaintiffs<br><br>v.<br><br>VETERANS' LIFE INSURANCE<br>COMPANY, INC.<br>      Defendant | CIVIL ACTION NO. 05-11139-NG |

**NOTICE OF AMENDED COMPLAINT**

Pursuant to F.R.C.P., Rule 15(a), the plaintiffs hereby give notice of the filing of their Amended Complaint, in the above-entitled matter. Said Amended Complaint is attached hereto and incorporated herein.

    Respectfully submitted,
    Plaintiffs,
    By their attorney,

    _____
    Burton A. Nadler
    BBO# 366340
    Petrucelly & Nadler, P.C.
    One State Street, Suite 900
    Boston, MA 02109
    (617) 720-1717

    Dated: June 17, 2005

I hereby certify that I have served a true copy of the above document(s) upon all counsel of record in this matter, ~~by hand/by mail~~, first class mail, postage prepaid, on 6/17/05 /s/ BN

[jenkins,michelle/notice of amended Complaint]

1