UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE JENKINS AND MATTIE GADSON,<br>　　Plaintiffs,<br><br>VETERANS' LIFE INSURANCE COMPANY, INC.<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-11139-NG<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF CONFERENCE**
**PURSUANT TO LOCAL RULE 16.1(d)(3) BY DEFENDANTS, VETERANS LIFE INSURANCE COMPANY**

Defendant, Veterans Life Insurance Company, and its counsel, Robert P. La Hait, of Fitzhugh, Parker & Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for the defense of this matter, and regarding the use of alternative dispute resolution in accordance with Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts.

| VETERANS LIFE INSURANCE COMPANY, | FITZHUGH, PARKER & ALVARO, LLP, |
|---|---|
| /s/ Robert Morrow<br>Robert Morrow, Esq.<br>Senior Counsel<br>520 Park Avenue<br>Baltimore, MD 21201-4500 | /s/ Robert P. La Hait<br>Robert P. La Hait, Esq.<br>BBO# 551000<br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>(617) 695-2330 |

Dated: June 15, 2005