UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHELLE JENKINS AND MATTIE GADSON,<br>     Plaintiffs, | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No.: 05-11139-NG |
| VETERANS' LIFE INSURANCE COMPANY, INC.<br>     Defendant. | )<br>)<br>)<br>)<br>) |  |

**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT, VETERANS' LIFE INSURANCE COMPANY**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, the defendant, Veterans' Life Insurance Company, submits the following as its Corporation Disclosure Statement:

1. The filing party, a nongovernmental corporation, identifies the following parent companies that control the filing party, directly or through others, or which own 10% or more of the party's stock: Veterans Life Insurance Company is wholly owned by Peoples Benefit Life Insurance Co. (formerly Providian Life & Health Insurance Co.)  Both Veterans Life Insurance Company and its parent are members of the AEGON Group. The AEGON Group, through its member companies, is a leading international insurance group with its headquarters in The Hague, the Netherlands. The principal market for common shares of AEGON, N.V. is Euronext Amsterdam.  Common shares of AEGON N.V. are listed on the NYSE and the Frankfort, London, and Tokyo exchanges as well as the SWX Swiss Exchange.

2.     The filing party identifies the following publicly held corporations that controls the filing party, directly or through others, or which own 10% or more of the party's stock: None.

        Defendant, **Veterans' Life Insurance Company**
        By its attorney,

        /s/ Robert P. LaHait
        Robert P. La Hait,
        BBO# 551000
        FITZHUGH, PARKER & ALVARO, LLP
        155 Federal Street, Suite 1700
        Boston, MA 02110-1727
        (617) 695-2330

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on July 21, 2005.

        /s/ Robert P. LaHait