UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE JENKINS AND<br>MATTIE GADSON | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11139-NG |
| | ) | |
| VETERANS' LIFE INSURANCE<br>COMPANY, INC. | )<br>)<br>) | |
| Defendant. | ) | |

# **SCHEDULING ORDER**

After a status conference held today pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED as follows:

1. To the extent that they have not already done so, the parties shall make their automatic disclosures by **July 29, 2005**.

2. The defendant shall file a log of "93A Documents" by **August 5, 2005**, which documents do not have to be produced until further order of the court.

3. All other discovery shall be stayed until the next status conference.

4. The next status conference is scheduled for **Wednesday, October 12, 2005 at 11:45 a.m.**  At that time, the parties shall be prepared to discuss:

    (a)   the status of the case;
    (b)   scheduling for the remainder of the case through trial;
    (c)   use of alternative dispute resolution ("ADR") programs; and
    (d)   consent to trial before the Magistrate Judge.

5. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (4) above.  The parties shall just indicate if an agreement has been reached to use ADR or to have the matter tried by a Magistrate Judge. The respective positions of each party do not have to be identified.

|  |  |
|---|---|
|  | / s / Judith Gail Dein |
|  | Judith Gail Dein |
| DATED: July 22, 2005 | United States Magistrate Judge |