UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE JENKINS AND ) <br> MATTIE GADSON, ) <br>    Plaintiffs ) <br> ) <br> VETERANS' LIFE INSURANCE ) <br> COMPANY, INC. ) <br>    Defendant. ) | Civil Action No. 05-11139-NG |

## **MOTION TO CONTINUE STATUS CONFERENCE**

Pursuant to Local Rules 7.1(B)(1) and 40.3 of the United States District Court for the District of Massachusetts, the defendant, Veterans' Life Insurance Company, Inc., respectfully requests the Court to continue the Status Conference, presently scheduled for October 12, 2005, to a date on or after October 26, 2005. As grounds therefor, the defendant states that:

1. Counsel for the defendant will be attending trial in another matter, *260 Victory Road, LLC, 500 Victory Road Associates, Limited Partnership, and Broadway Shops Realty Corporation v. MB Access Corporation, and Marina Point Condominium Trust, through its Trustees, Paul Reynolds, Carole Bowe, Fred Davis, Michael McNally and Paul Zine*, Norfolk Superior Court Civil Action No.: 03-01517, which is scheduled to begin October 12, 2005.

2. The extension the defendant is requesting will not interfere with other deadlines currently scheduled in this action. The Court should grant this motion because it is supported by good cause as that term is used in L.R. 40.3(A).

3. Pursuant to Local Rule 7.1 (a)(2), counsel for the parties have conferred but counsel for the plaintiff has not agreed to enter into this motion.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests the Court continue the Status Conference from October 12, 2005, to a date on or after October 26, 2005.

                VETERANS' LIFE INSURANCE COMPANY
                By its Attorney,

                /s/ Robert P. La Hait
                Robert P. La Hait, Esq.
                BBO# 551000
                FITZHUGH, PARKER & ALVARO LLP
                155 Federal Street, Suite 1700
                Boston, MA 02110-1727
                Tel: (617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above document on all counsel of record listed below by first class mail, postage prepaid on this 5th day of October, 2005.

Burton A. Nadler, Esq.
Petrucelly & Nadler, P.C.
One State Street, Suite 900
Boston, MA 02109

                /s/ Robert P. La Hait
                Robert P. La Hait