UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
MICHELLE JENKINS and        )
MATTIE GADSON,              )
        Plaintiffs          )
                            )
    v.                      )    CIVIL ACTION NO. 05-11139-NG
                            )
VETERANS' LIFE INSURANCE    )
COMPANY, INC.               )
        Defendant           )
                            )
```

**JOINT STATEMENT**

NOW come the parties to the above entitled matter, pursuant to the Scheduling Order of this Court dated July 22, 2005 and submit the following Joint Statement:

1. STATUS OF THE CASE:  The case remains unresolved such that the parties will proceed to litigation of this matter.

2. In light of the fact the foregoing, the parties hereby submit the attached Revised Joint Discovery Plan.

3. The plaintiffs are willing to enter into alternative dispute resolution only after progress has been made and discovery has completed.

4. The plaintiffs will <u>not</u> assent to a trial before the Magistrate Judge.

1

Respectfully submitted,

| Plaintiffs, | Defendant, |
| --- | --- |
| By their attorney, | By its attorney, |

| _____/s/_____ | _____/s/_____ |
| --- | --- |
| Burton A. Nadler | Robert P. Lahait, Esq. |
| BBO# 366340 | BBO# 551000 |
| Petrucelly & Nadler, P.C. | Fitzhugh, Parker & Alvaro,LLP |
| One State Street, Suite 900 | 155 Federal Street, Suite1700 |
| Boston, MA  02109 | Boston, MA  02110 |
| (617) 720-1717 | (617) 695-2330 |

Dated:  October 21, 2005

[jenkins,michelle/joint statement 10-05(2)]