UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE JENKINS AND | ) | |
| MATTIE GADSON | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11139-NG |
| | ) | |
| VETERANS' LIFE INSURANCE | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

# **SCHEDULING ORDER**

After a status conference held today pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED as follows:

1. The court hereby adopts the parties' Revised Joint Discovery Plan (Docket No. 17). Specifically, but without limitation, the court adopts the following schedule of events:

   (a) Initial document requests must be served on or before December 2005.
   (b) All Requests for Admissions must be served on or before March 16, 2006.
   (c) All fact discovery, including depositions, shall be completed on or before May 28, 2006.
   (d) The plaintiffs will disclose their experts no later than forty-five (45) days after the end of fact discovery. The defendant will disclose its experts no more than thirty (30) days after the plaintiffs' disclosures.
   (e) All motions for summary judgment shall be filed by May 31, 2006.

  2.  The next status conference is scheduled for **May 2, 2006 at 2:30 p.m.** At that time, the parties shall be prepared to discuss:

    (a)  the status of the case;
    (b)  scheduling for the remainder of the case through trial;
    (c)  use of alternative dispute resolution ("ADR") programs; and
    (d)  consent to trial before the Magistrate Judge.

  3.  The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (2) above. The parties shall just indicate if an agreement has been reached to use ADR or to have the matter tried by a Magistrate Judge. The respective position of each party does not have to be identified.

                  / s / Judith Gail Dein
                   Judith Gail Dein
DATED: October 27, 2005         United States Magistrate Judge