UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| MICHELLE JENKINS AND ) | |
| MATTIE GADSON, ) | |
|     Plaintiffs, ) | |
| ) | Civil Action No. 05-11139-NG |
| ) | |
| VETERANS' LIFE INSURANCE ) | |
| COMPANY, INC. ) | |
|     Defendant. ) | |
| _____) | |

**MOTION TO SEVER AND STAY PLAINTIFFS' CLAIMS, PURSUANT TO M.G.L. C. 93A, AGAINST THE DEFENDANT, VETERANS LIFE INSURANCE COMPANY**

      Now comes the defendant, Veterans Life Insurance Company ("Veterans") and hereby moves that this Honorable Court sever and stay from plaintiffs' underlying breach of contract action, plaintiffs' claims against Veterans for violations of G.L. c. 93A and G.L. c. 176D, and states in support thereof as follows:

1.     That the concurrent litigation and trial of the G.L. c. 93A and G.L. c. 176D claims against Veterans with the underlying breach of contract actions will result in violations of the attorney-client privilege and disclosure of attorney work-product, to the detriment of Veterans.

2.     That to avoid prejudice to Veterans, the G.L. c. 176D and c. 93A claim must be severed and stayed pending the resolution of the underlying breach of contract action.

Annexed hereto in support hereof is a memorandum of law by Veterans.

**VETERANS LIFE INSURANCE COMPANY,**
By its Attorneys,

*/s/ Robert P. LaHait*
Robert P. La Hait
BBO No. 551000
**FITZHUGH, PARKER & ALVARO**
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330