UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHELLE JENKINS and )
MATTIE GADSON, )
    Plaintiffs )
)
  v. )
) CIVIL ACTION NO. 05-11139-NG
VETERANS' LIFE INSURANCE )
COMPANY, INC. )
    Defendant )
)

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO SEVER AND STAY PLAINTIFFS' CLAIMS**

NOW come the plaintiffs, Michelle Jenkins and Mattie Gadson (hereinafter "the plaintiffs"), and hereby Oppose the defendant, Veterans' Life Insurance Company, Inc.'s (hereinafter "Veterans") Motion to Sever and Stay Plaintiffs' Claims

In support of her Opposition, the plaintiffs refers to their Memorandum of Law in Opposition to Defendant's Motion to Sever and Stay Plaintiffs' Claims, which is attached hereto.

WHEREFORE, the plaintiff respectfully requests that this Court deny Defendant's Motion to Sever and Stay Plaintiffs' Claims.

Respectfully submitted,
Plaintiffs,
By their attorney,


_____/s/Burton A. Nadler__
Burton A. Nadler
BBO# 366340
Petrucelly & Nadler, P.C.
One State Street, Suite 900
Boston, MA  02109
(617) 720-1717

Dated:  December 9, 2005