UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE JENKINS and <br> MATTIE GADSON, <br>     Plaintiffs <br><br> v. <br><br> VETERANS' LIFE INSURANCE <br> COMPANY, INC. <br>     Defendant | CIVIL ACTION NO. 05-11139-NG |

**PLAINTIFF'S RULE 7.1(A)(2) AFFIDAVIT**

Pursuant to the Local Rules of the United States District Court for he District of Massachusetts, Rule 7.1(A)(2), the undersigned, counsel for the plaintiff, hereby certifies that he has spoken to the defendant's counsel with regard to the Plaintiff's Motion for Leave to Amend Complaint and the defendant's counsel refuses to assent to said Motion and states to the undersigned that he opposes the same.

Signed under the pains and penalties of perjury this 4th day of January, 2006.

                                            ___/s/ Burton A. Nadler__
                                            Burton A. Nadler