UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                                              )
MICHELLE JENKINS AND                      )
MATTIE GADSON,                                   )
        Plaintiffs,                                          )
                                                              )          Civil Action No. 05-11139-NG
                                                              )
VETERANS' LIFE INSURANCE               )
COMPANY, INC.                                      )
        Defendant.                                        )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs

Michelle Jenkins and Mattie Gadson and defendant Veterans Life Insurance Company

hereby stipulate and agree that this action, including any claims, counterclaims or cross-

claims, be dismissed with prejudice and without costs, waiving all rights of appeal as well

as notice under Fed. R. Civ. P. 77(d).


Michelle Jenkins and Mattie Gadson          Veterans Life Insurance Company, Inc.
By their attorney,                                          By her attorney,


/s/ Burton A. Nadler                                    /s/ Robert P. La Hait
Burton A. Nadler, BBO #366340               Robert P. La Hait, BBO #551000
Petrucelly & Nadler, P.C.                            Fitzhugh, Parker & Alvaro LLP
One State Street, Suite 900                          155 Federal Street
Boston, MA 02109                                       Boston, MA  02110
(617) 720-1717                                           (617) 695-2330

**<u>CERTIFICATE OF SERVICE</u>**

**I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 23rd , 2006.**

<u>/s/ Robert P. La Hait</u>
Robert P. La Hait